**Opinion issued June 23, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00283-CV

————————————

**MARY OLIVE CALKINS, BY AND THROUGH AGENT-IN-FACT, RICHARD STEPHEN CALKINS, Appellant**

**V.**

**SUSAN GARDNER AND CRAIN, CATON & JAMES, P.C., Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2008-75812-B**

---

## MEMORANDUM OPINION

On June 2, 2015, appellant, Mary Olive Calkins, by and through agent-in-fact Richard Stephen Calkins, filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued and the certificate of conference indicates the motion is unopposed. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.